# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN DEAN JONES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. CV 11-2242-DOC (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court adopted the magistrate judge's R&R as its opinion in all respects but one:

-1-

1    On page 18, from lines 9 through 22, the R&R discusses the plausibility that plaintiff was
2 deterred from filing complaints by threats received after he was released from solitary
3 confinement (the "SHU"). Plaintiff complained vigorously while in the SHU, then did not
4 complain upon his release. This is a factual scenario that leads to multiple plausible inferences,
5 and it does not clearly cut in favor of finding plaintiff's claim of deterrence (when out of the
6 SHU) to be implausible. One could fairly infer that because plaintiff was out of the SHU, threats
7 to put him back there would deter him.
8    The remaining analysis—finding that he was not in fact deterred—leads to the same
9 outcome. Thus, with that one omission (striking the paragraph from page 18, lines 9 through 22,
10 and beginning the subsequent paragraph with "Even if,"), the Court adopts the R&R.

12 DATED:  September 26, 2013

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE