JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEAN JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____ | Case No. CV 11-2242-DOC (SP)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: __December 16, 2014_____

　　　　　　　　　　　　　　　　　_David O. Carter_____
　　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE